# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced January 12, 2015

14-0851      IN RE KOOL SMILES DENTAL LITIGATION

The Multidistrict Litigation Panel has reviewed the briefing and finds significant documentation lacking. Movants/Corporate Defendants have alleged that all eleven cases contain virtually identical allegations in the petitions and seek identical discovery. Respondents/Plaintiffs maintain that a discovery stipulation has been tendered to opposing counsel.

It is ORDERED that Movants/Corporate Defendants file one sample live pleading, one sample request for discovery, and a copy of discovery orders entered by Judge Gonzalez in *Antu*.

It is further ORDERED that Respondents/Plaintiffs file a copy of the discovery stipulation. All documents shall be filed within fourteen days of the date of this order, together with any additional arguments regarding these documents as the parties may desire.